UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. LOUGH,

                Plaintiff,

v.

SJAN TALBOT, et al.,

                Defendants.

No. 3:19-CV-5280-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's two Report and Recommendations [Dkt. # 36, 37], recommending denying Plaintiff Lough's Motions for Summary Judgment [Dkt. # 21, 22] and granting Defendants' Motion for Summary Judgment [Dkt. # 27]. Plaintiff Lough has not objected.

(1)     The Report and Recommendations are **ADOPTED**;

(2)     Plaintiff Lough's Motions for Summary Judgment [Dkt. # 21, 22] are denied. Defendants' Motion for Summary Judgment [Dkt. # 27] is granted. The federal claims in the Amended Complaint are dismissed with prejudice, the state law claims are dismissed without prejudice, and this case is closed; and

(4)     For the reasons articulated in the Report and Recommendation, Lough's *in forma pauperis* status is **REVOKED** in the event of an appeal.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Clerk is directed to send copies of this Order to Plaintiff Lough, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 17th day of April, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2